155 A.3d 892

**BRISBANE**

v.

**FOOD LION**

**Pet. Docket No. 531, Sept. Term, 2016**

Court of Appeals of Maryland.

March 27, 2017

Dismissed by the Court of Special Appeals (No. 1607, Sept. Term, 2016).

Petition for writ of certiorari denied

■

155 A.3d 892

**BROUNT, Ronald**

v.

**STATE of Maryland**

**Pet. Docket No. 585, Sept. Term, 2016**

Court of Appeals of Maryland.

March 27, 2017

Dismissed by the Court of Special Appeals (No. 2060, Sept. Term, 2016).

Petition for writ of certiorari denied